**Jack Lee HAMILTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41349.**

Missouri Court of Appeals,
Western District.

Sept. 19, 1989.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM

Appeal from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**Donald L. HARDEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41632.**

Missouri Court of Appeals,
Western District.

Sept. 19, 1989.

Donald Lee Catlett, Asst. Public Defender, Jefferson City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

The movant-appellant Donald L. Harden appeals from the judgment of the Circuit Court of Cole County, Missouri, overruling his motion for post-conviction relief under Rule 29.15 without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).